UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRASHANT KATYAL,<br><br>  Plaintiff,<br><br>  v.<br><br>MEGAN J. BRENNAN, Postmaster General, United States Postal Service,<br><br>  Defendant. | No. 2:15-cv-1021-TLN-EFB PS<br><br><br>ORDER |

Defendant filed a motion for summary judgment, which is currently set for hearing on March 15, 2017. On March 3, 2017, plaintiff filed a request for a second extension of time to file a response to defendant's motion. ECF No. 19. Plaintiff explains that the extension is needed because he is currently recovering from a medical condition that has prevented him from preparing a response to the motion. *Id*.

It is hereby ORDERED that:

1. Plaintiff's request for an extension of time to respond to defendant's motion for summary judgment (ECF No. 19) is granted.

2. The hearing on defendant's motion for summary judgment (ECF No. 13) is continued to April 26, 2017.

/////

1

3. Plaintiff shall file an opposition to the motion, or a statement of non-opposition thereto, no later than April 12, 2017.

4. Failure to file an opposition to the motion will be deemed a statement of non-opposition thereto, and may result in a recommendation that defendant's motion be granted and/or the action be dismissed for lack of prosecution and/or for failure to comply with court orders and this court's Local Rules. *See* Fed. R. Civ. P. 41(b).

6. Defendant may file a reply to plaintiff's opposition, if any, on or before April 19, 2017.

DATED: March 6, 2017.

　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE